20180122155235

AO 440 (Rev. 06/12) Summons in a Civil Action       **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: STACEY A Johnson
TITLE: **PROCESS SERVER**    DATE: 1-29-18 @ 2:19 pm

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
BLUE CROSS BLUE SHIELD OF ILLINOIS  Sandra Williams - Service Desk

Place where served:
300 EAST RANDOLPH STREET   CHICAGO IL 60601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX: F  AGE: 30  HEIGHT: Sitting  WEIGHT: Sitting  SKIN: Black  HAIR: Black  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 29 / 20 18

SIGNATURE OF STACEY A Johnson
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: DANIEL C. NOWAK, ESQ.
PLAINTIFF: UNIVERSITY SPINE CENTER O/A/O JULIA F.
DEFENDANT: BLUE CROSS BLUE SHIELD OF ILLINOIS
VENUE: DISTRICT
DOCKET: 2 18 CV 00681 WJM CLW
COMMENT:

JB

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 1-29-18 @ 2:19pm |
|---|---|
| NAME OF SERVER (PRINT) STACEY A Johnson | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Blue Cross Blue Shield, 300 E Randolph St, Chicago, IL 60601

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

[ ] Name of person with whom the summons and complaint were left: Sandra Williams Service Desk

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-29-18
Date

Signature of Server: Stacey A Johnson

Address of Server: Guaranteed Subpoena Service, 2009 Morris Ave, Union, NJ 07083